# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN L. BAILEY, | : | CIVIL NO. 4:15-CV-01099 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| ANNABELL MILLER, *et al.*, | : | |
| Defendants. | : | |

## ORDER
March 7, 2016

For the reasons set forth in the accompanying Memorandum, the Court finds that this matter warrants the appointment of counsel for the plaintiff, and as such, **IT IS ORDERED** that the Court requests counsel to represent the plaintiff pursuant to 28 U.S.C. § 1915(e)(1); **IT IS FURTHER ORDERED** that the **Clerk of Court** refer this case to the *pro bono* chair of the Middle District Chapter of the Federal Bar Association for *pro bono* counsel to represent the plaintiff; and **IT IS FINALLY ORDERED** that the defendants' motions (*docs. 13*, *17*) to dismiss the plaintiff's complaint for failure to state a claim are **STAYED** pending the appointment of counsel.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge